# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 1:15-cv-00330-AWI-SAB-HC<br><br>ORDER DIRECTING CLERK TO CLOSE CASE IN LIGHT OF VOLUNTARY DISMISSAL AND ORDER DENYING ALL OTHER PENDING MATTERS AS MOOT<br><br>(Doc. Nos. 4, 6, 8) |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of mandamus. On March 3, 2015, Petitioner filed the instant petition. On April 22, 2015, Petitioner filed a motion to voluntarily dismiss the petition. (ECF No. 6). The Court construes this motion as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1).

    Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood

1

Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Here, no answers or summary judgment motions have been filed. Because the requirements of Rule 41(a)(1)(A) have been met, this case has terminated. See id. Due to the filing of the notice of dismissal, all other pending matters (a motion to amend (Doc. No. 4) and a findings and recommendation (Doc. No. 8)) are moot.

Therefore, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1)(A)(i) notice of voluntary dismissal;

2. Plaintiff's motion to amend (Doc. No. 4) is DENIED as moot; and

3. The Court declines to adopt findings and recommendation (Doc. No. 8) in light of the notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:   July 22, 2015                              _____
                                                     SENIOR DISTRICT JUDGE

2